IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATASHA WILLIAMS, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DOLLAR TREE STORES, INC., a )<br>corporation; and JENNIFER KING, )<br>et al. )<br>)<br>Defendant(s). ) | CIVIL ACTION NO.:<br>2:17-cv-01809-AKK |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff Latasha Williams and the Defendants Dollar Tree Stores, Inc., and Jennifer King, by and through the undersigned counsel of record, and pursuant to Alabama Rule of Civil Procedure 41(a)(1)(ii), jointly stipulate and agree that any and all claims made by the Plaintiff against Dollar Tree Stores, Inc. and Jennifer King, in this lawsuit may be dismissed, with prejudice.

WHEREFORE, Plaintiff Latasha Williams and Defendants Dollar Tree Stores, Inc. and Jennifer King respectfully request the Court to enter the attached

Order dismissing all claims made against Dollar Tree Stores, Inc. and Jennifer King, with prejudice.

Respectfully submitted this 19th day of July, 2018.

/s/ Stephanie Balzli
STEPHANIE BALZLI
Attorney for Plaintiff

**OF COUNSEL:**

**SHUNNARAH INJURY LAWYERS, P.C.**
3626 Clairmont Avenue S
Birmingham, AL 35222
Telephone: (205) 983-8150
Facsimile: (205) 983-8450
E-Mail: SBalzli@asilpc.com

/s/ W. Walker Moss
W. WALKER MOSS
GLENN E. IRELAND
Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
E-mail: wmoss@carrallison.com