# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LATASHA WILLIAMS,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| **vs.** | ) Civil Action Number<br>) **2:17-cv-01809-AKK** |
| **DOLLAR TREE STORES, INC, et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

Pursuant to the Joint Stipulation of Dismissal, doc. 18, this matter is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs. The Clerk is **DIRECTED** to close the file.

**DONE** the 23rd day of July, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE